GREEN & HALL, A Professional Corporation
HOWARD D. HALL, State Bar No. 145024
  *hdhall@greenhall.com*
MACEY A. CHAN, State Bar No. 258470
  *mchan@greenhall.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for DEFENDANT NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH L. CAMPBELL,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 2:14-cv-03713-RGK (PJWx)<br><br>**DEFENDANT NATIONSTAR MORTGAGE, LLC'S REPLY AND NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>JUDGE: Hon. R. Gary Klausner<br>DATE: June 23, 2014<br>TIME: 9:00 a.m.<br>CRTRM.: 850<br><br>Trial Date:     None Set |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

On May 21, 2014, Defendant NATIONSTAR MORTGAGE, LLC filed a Motion to Dismiss the First Amended Complaint filed by Plaintiff JOSEPH L. CAMPBELL ("Plaintiff") in the above-entitled case. The Motion to Dismiss was electronically filed with the Court.

Nationstar is filing this Reply based upon Plaintiff's failure to file and serve an opposition to its Motion to Dismiss.

United States District Court for the Central District of California Local Rule 7-9 states that any opposition papers must be served 21 days before the hearing.

1  Nationstar's Motion to Dismiss is scheduled to be heard on June 23, 2014.
2  Plaintiff's opposition was therefore due to be filed and served no later than June 2, 2014.
3  To date, the court docket does not show that any opposition was filed by Plaintiff to
4  Nationstar's Motion to Dismiss and Nationstar has not received an opposition from
5  Plaintiff to its Motion to Dismiss.
6  This reply is timely filed with this Court, 14 days before the hearing on Nationstar's
7  Motion to Dismiss.

## I. THE COURT CAN REFUSE TO CONSIDER ANY LATE FILED OPPOSITION BY PLAINTIFF

Since Plaintiff has failed to serve an opposition within the time required by United States District Court for the Central District of California Local Rule 7-9, this Court should refuse to consider any opposition filed by Plaintiff and refuse to hear any arguments Plaintiff may attempt to present at the hearing on Nationstar's Motion to Dismiss.

Pursuant to United States District Court for the Central District of California Local Rule 7-12, "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Given the fact that Nationstar's Motion to Dismiss is well-founded and unopposed, this Court should grant Nationstar's Motion to Dismiss without leave to amend as requested. Even if Plaintiff attempts to file a late opposition, pursuant to Local Rule 7-12, the Court may decline to consider the papers

## II. THIS COURT CAN GRANT NATIONSTAR'S MOTION TO DISMISS WITHOUT A HEARING SINCE PLAINTIFF FAILED TO TIMELY FILE AN OPPOSITION

Where a local rule provides that a party failing to timely file an opposition is deemed to waive any objection to a motion, as in this case, the Court may grant the motion without a hearing .... even where the motion is for dismissal or judgment on the pleadings. *Ghazali v. Morna*, 46 F.3d 52, 53(9th Cir. 1995); *NEPSK, Inc. v. Town of*

*Houlton*, 283 F.3d 1, 7(1st Cir. 2002); *Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1294 (D.C. Cir. 2004).

Moreover, strict enforcement of such rules and dismissal of the action is not inconsistent with policies favoring amendment of the pleadings instead of dismissal for failure to state a claim under FRCP 12(b)(6). *ITI Holdings, Inc. v. Odom*, 468 F.3d 17, 18 (1st Cir. 2006). Therefore, the Court may rule on Nationstar's Motion to Dismiss and vacate the hearing date set for the motion.

## III. CONCLUSION

For the reasons set forth herein and in the moving papers, Nationstar respectfully requests that this Court grant its pending Motion to Dismiss without leave to amend as requested and vacate the June 23, 2014 hearing date.

DATED: June 6, 2014

GREEN & HALL, A Professional Corporation

By: _____
Howard D. Hall
Macey A. Chan
Attorneys for DEFENDANT NATIONSTAR MORTGAGE LLC

Case 2:14-cv-03713-RGK-PJW Document 13 Filed 06/09/14 Page 3 of 3 Page ID #:117

3    Case No. 2:14-cv-03713-RGK (PJWx)
DEFENDANT NATIONSTAR MORTGAGE, LLC'S REPLY AND NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT
P:\DOCS\Nationstar Campbell\Pleadings\Mtn Dismiss Complaint Reply NonOpp.docx